UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MAGDALENO MENDOZA,

Defendant.

25-CR-028 (PGG)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

It is hereby ordered that Richard Rosenberg, Esq., the CJA duty attorney who represented the defendant at a bail appeal hearing today over which this Court presided in its capacity as Part I judge, is appointed to represent the defendant in this case through an initial conference before Judge Gardephe. This appointment is made to assure that the defendant is ably represented in connection with preparing any arguments he may wish to make before Judge Gardephe as to bail. It will be for Judge Gardephe to determine whether to appoint Mr. Rosenberg to represent the defendant following that conference, including based on whether the defendant qualifies for appointment of counsel based on submission of a CJA-23 financial affidavit.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge,
Sitting in Part I

Dated: February 7, 2025
       New York, New York