UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MAGDALENO MENDOZA,

Defendant.

25 Cr. 28 (PGG)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Danielle R. Sassoon, and by Assistant United States Attorneys Benjamin A. Gianforti and Cecilia Vogel:

It is hereby ordered in my capacity sitting in Part I of this Court that the bail order entered by United States Magistrate Judge Margo A. Rocconi of the Central District of California on February 6, 2025 is overturned or, in the alternative, is stayed, pending an initial conference before United States District Judge Paul G. Gardephe, without prejudice to a future bail application. The defendant is ordered detained pending that conference. The Court bases this determination on a finding that there are no conditions that will reasonably assure the defendant's appearance. *See* 18 U.S.C. § 3142(b). The Court set out the reasons for that determination at a bail hearing held today.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge,
Sitting in Part I

Dated: February 7, 2025
New York, New York