# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

February 9, 2025

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**United States v. Magdaleno Mendoza**
**25 Cr. 28 (PGG)**

Your Honor:

I am the CJA attorney who was called upon to represent this defendant before Judge Engelmayer (sitting as Part One Judge) on Friday, February 7, 2025 with respect to the Government's emergency bail review application. As this Court is aware, Judge Engelmayer entered an order of detention following oral argument on the application. I understand that Your Honor has scheduled a bail hearing for Monday, February 10, 2025 at 3 p.m.

I write today to advise that Court that I have been informed by the defendant's son that the family will be retaining private counsel to represent Mr. Mendoza for all purposes. Accordingly, I respectfully request that the Court hearing be adjourned *sine die* to allow new counsel to file a notice of appearance and proceed with representation of Mr. Mendoza.

Thank you for your consideration.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties (by ECF)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Date: February 10, 2025