UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAGDALENO MENDOZA,

                Defendant.

**ORDER**

25 Cr. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The status conference currently scheduled for May 20, 2025 at 10:00 a.m. is adjourned to **June 16, 2025 at 10:00 a.m.**

        Upon the application of the United States of America, by and through Assistant United States Attorney Benjamin A. Gianfori, and with the consent of the defendant, it is ORDERED that the time between May 20, 2025 and June 16, 2025 is hereby excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h) (7) (A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will afford the parties time to engage in discussions concerning a possible pre-trial disposition of this matter.

Dated:  New York, New York
         May 16, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge