UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MAGDALENO MENDOZA,

Defendant.

**ORDER**

25 Cr. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for June 16, 2025, at 10:00 a.m. is adjourned to **July 1, 2025, at 11:00 a.m.**

Upon the application of the Government, by and through Assistant United States Attorney Benjamin A. Gianforti, and with the consent of the Defendant, Magdaleno Mendoza, by and through his counsel Jonathan Bach and Julian Brod, the time between June 16, 2025, through July 1, 2025, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution.

Dated: New York, New York
       June 12, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge