UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MAGDALENO MENDOZA,

Defendant.

**ORDER**

25 Cr. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Mendoza's sentencing that is currently scheduled for October 29, 2025, is adjourned to **December 18, 2025, at 3:00 p.m.** Any submissions on behalf of the Defendant are due on **December 4, 2025**, and the Government's sentencing submission is due on **December 11, 2025**.

Dated: New York, New York
       September 16, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge